IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

Rachel Trent,                              )
                                           )
              Plaintiff,                    )
                                           )
       v.                                   )          C/A No. _____
                                           )
Haemonetics Corporation,                    )
                                           )
              Defendant.                    )
                                           )

**NOTICE OF REMOVAL**

By this Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Haemonetics Corporation ("Defendant") hereby removes this civil action from the Court of Common Pleas for Union County, South Carolina ("Court of Common Pleas") to the United States District Court for the District of South Carolina, Spartanburg Division. Defendant states the following grounds for removal:

1.     Plaintiff Rachel Trent ("Plaintiff") filed her Summons and Complaint in the Court of Common Pleas for the State of South Carolina, Union County, in the Sixteenth Judicial Circuit, Civil Action No. 2016-CP-4400401, on October 12, 2016. A copy of the Summons and Complaint is attached as Exhibit A.

2.     Defendant received a copy of the Summons and Complaint on October 17, 2016. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely.

3.     The United States District Court for the District of South Carolina, Spartanburg Division, is the federal judicial district embracing the Union County Court of Common Pleas, where this action was originally filed. Also, the events described in the Complaint are alleged to have occurred in Union County. Thus, venue is proper in this Court under 28 U.S.C. § 1441(a).

4. As is required by 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant are attached hereto and are incorporated by reference herein.

5. Pursuant to 28 U.S.C. § 1446(d), Defendant is concurrently filing a Notice of Filing Notice of Removal with the Clerk of Court for the Union County Court of Common Pleas and serving Plaintiff with a copy of this Notice of Removal and a copy of the Notice of Filing Notice of Removal.

6. As explained below, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question). Therefore, this action may be removed to this Court under 28 U.S.C. § 1441(a).

## FEDERAL QUESTION JURISDICTION

7. Plaintiff's Complaint alleges four causes of action asserting violations of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. 1981. (*See* Compl. ¶¶ 35-50, 51-58, 59-63).

8. All cause of actions asserted in Plaintiff's Complaint arise solely under the laws of the United States. Therefore, this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, and this action may be removed to this Court under 28 U.S.C. § 1441(a).

9. Consequently, Plaintiff's Complaint could have originally been brought before this Court pursuant to 28 U.S.C. § 1331.

## LOCAL CIVIL RULE REQUIREMENTS

10. Defendant has complied with the requirements of Rules 83.IV.01 of the Local Civil Rules of the United States District Court for the Sixteenth District of South Carolina.

11.     Defendant has also complied with Local Civil Rule 26.01 by filing its Answers to Local Civil Rule 26.01 Interrogatories simultaneously with this Notice of Removal.

WHEREFORE, Defendant Haemonetics Corporation hereby removes the above-entitled action from the Court of Common Pleas for Union County, South Carolina, to the United States District Court for the District of South Carolina, Spartanburg Division.

Dated this the 16th day of November 2016.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By:     s/D. Michael Henthorne
D. Michael Henthorne (Fed ID No. 6386)

**ATTORNEYS FOR DEFENDANT**

First Base Building
2142 Boyce Street – Suite 401
Columbia, SC  29201
803.252.1300 (telephone)
803.254.6517 (facsimile)
michael.henthorne@ogletreedeakins.com

3

## CERTIFICATE OF SERVICE

I, Beth Swalgren, do hereby certify that the forgoing **NOTICE OF REMOVAL** has been served upon the following persons electronically via the Court's Electronic Case Filing system, as well as by certified mail, return receipt requested, properly addressed, and with the correct amount of postage affixed thereto:

D. Bradley Jordan, Esq.
Chan M. Ahn, Esq.
Jordan & Dunn, LLC
546 East Main Street
Rock Hill, SC  29730

Dated this 16th day of November 2016.

Beth Swalgren
*Legal Assistant to D. Michael Henthorne*

First Base Building
2142 Boyce Street – Suite 401
Columbia, SC  29201
803.252.1300 (telephone)
803.254.6517 (facsimile)
beth.swalgren@ogletreedeakins.com